**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Carey G. Passini,<br><br>   Plaintiff,<br><br>v.<br><br>JoAnn B. Barnhart,<br>Commissioner, Social Security<br>Administration,<br><br>   Defendant. | CIV-06-0118-PHX-LOA<br><br>O R D E R |

  Pursuant to the Stipulation for Remand between the parties, and good cause appearing,

  IT IS ORDERED that this matter is hereby reversed and remanded to the Commissioner for further administrative action pursuant to **sentence 4** of the Social Security Act, 42 U.S.C. § 405(g).

  IT IS ORDERED that upon remand to an Administrative Law Judge ("ALJ"), the claimant's hip impairment should be further considered taking into account the report from Dr. Stuart Phillips, M.D. Medical expert evidence should be obtained regarding the nature and severity of the claimant's impairment and whether it met or equaled the Listings of Impairments in Appendix 1 of the Regulations (20 CFR, Part 404, Subpart P, Appendix 1). The claimant's attorney's suggestion of a closed period of disability based on Dr. Phillips' opinion should be

/ / /

/ / /

/ / /

1. addressed. The earnings record information submitted should be considered in regard to the
2. claimant's date last insured for disability purposes.

DATED this 4th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge

2